JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| MATTHEW DRAGOVICH,<br><br>　　Plaintiff,<br><br>　　v.<br><br>THE DEPARTMENT OF HEALTH AND HUMAN SERVICES PROGRAM SUPPORT CENTER, *et al.*,<br><br>　　Defendants. | No. 5:24-cv-01959-SSS-SHKx<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**<br><br>Honorable Sunshine Suzanne Sykes<br>United States District Judge |

1  IT IS HEREBY ORDERED that, pursuant to the separately filed Joint Stipulation for Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action is hereby dismissed with prejudice. Each party shall bear its own costs, fees, and expenses.

Dated: August 20, 2025

_____
HON. SUNSHINE SUZANNE SYKES
UNITED STATES DISTRICT JUDGE